Report Date:  January 10, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glenn Dale George            Case Number: 0980 2:13CR02088-RHW-4

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 17, 2014

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 51 Months;            Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Alison Gregoire              Date Supervision Commenced: November 20, 2018

Defense Attorney:     Federal Public Defender      Date Supervision Expires: November 19, 2021

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. George is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office in Spokane, as directed on January 9, 2019.<br><br>On November 20, 2018, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to answer truthfully all inquires by the undersigned officer, and to follow all instructions of the undersigned officer.<br><br>Specifically, on January 8, 2019, Mr. Glenn George reported to the U.S. Probation Office in Spokane, as previously directed. As a part of the contact, Mr. George provided a urinalysis sample that was presumptive positive for marijuana, cocaine, methamphetamine and amphetamine. It should be noted the client did admit to ingesting marijuana, methamphetamine, and alcohol. In addition, Mr. George indicated he had not been staying at the previously agreed upon homeless shelter in Spokane, instead stating he had just been |

walking around all night. Given the client's admitted use of illicit substances, his failure to reside at the previously agreed upon homeless shelter, and his failure to secure a cell phone as he had previously committed, the client was placed on daily reporting and specifically directed to report again to the U.S. Probation Office the following day (January 9, 2019) before 12 p.m., to which he committed. Mr. George then failed to report as directed.

On January 9, 2019, the undersigned officer conducted an attempted field contact with the client at Truth Ministries in Spokane. Truth Ministries is a local homeless shelter in which the client had committed to residing. Staff at the facility confirmed the client was not a known current or former resident at the facility. Mr. George's current location and level of compliance with his conditions of supervised release as ordered by the Court is unknown to the undersigned officer.

It should be noted that on January 10, 2019, at 9:50 a.m., a voice mail was received from the client who indicated he had just woke up which is why he could not report "by the ninth." Client stated he would stop by "hopefully by this evening."

2  **Special Condition # 15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. George is alleged to have violated special condition number 15 by ingesting alcohol on or about January 5, 2019, based on the client's admission of such use.

On November 20, 2018, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to refrain from any use of alcohol.

Specifically, on January 7, 2019, the client reported to the U.S. Probation Office in Spokane as directed. The client was directed to submit a urinalysis sample for testing and readily admitted to ingesting alcohol on or about January 5, 2019, following his release from the Spokane Residential Reentry Center. The client did sign a drug use admission form documenting his previous use of alcohol occurring on or about January 5, 2019.

3  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated special condition number 16 by ingesting methamphetamine and marijuana on or about January 5, 2019, based on urinalysis testing and the client's admission of such use.

On November 20, 2018, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to refrain from any use of any illicit substances.

Specifically, on January 7, 2019, the client reported to the U.S. Probation Office in Spokane, as directed. The client was directed to submit a urinalysis sample for testing and readily admitted to ingesting methamphetamine and alcohol on or about January 5, 2019, following his release from the Spokane Residential Reentry Center. The client was then afforded approximately 2 ½ hours to provide a urinalysis sample for testing, but indicated he remained unable to do so. Mr. George was directed to again report the following day for urinalysis testing to which he agreed.

On January 8, 2019, the client again reported as directed. The client again required 2 ½ hours before finally providing a urinalysis sample for testing that was presumptive positive for methamphetamine, cocaine, marijuana, and amphetamine. The client indicated he had forgotten to report to this officer and he had also used marijuana, occurring on January 5, 2019. Mr. George indicated he had not knowingly ingested cocaine, but admitted it could have been mixed with the methamphetamine that he knowingly ingested.

4   **Special Condition # 17**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: Mr. George is alleged to have violated special condition number 17 by being present in several bars located in downtown Spokane, on or about January 5, 2019, based on the client's admission.

On November 20, 2018, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to not enter any establishment in which alcohol was the primary item of sale.

Specifically, on January 7, 2019, the client reported to the U.S. Probation Office in Spokane, as directed. As a part of the contact, the client was questioned as to where he had been staying since his release from the Spokane Residential Reentry Center (RRC) occurring on January 4, 2019. The client indicated he had not stayed anywhere and instead had walked around all night since his release from the RRC, visiting several bars in downtown Spokane. Mr. George was reminded of his condition prohibiting him from entering such establishments and he indicated he remembered and was aware of the prohibition.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 10, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: George, Glenn Dale**
**January 10, 2019**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer
01/11/2019
Date