PROB 12C
(6/16)

Report Date: March 7, 2019

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 11, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Glenn Dale George | Case Number: 0980 2:13CR02088-RHW-4 |

Address of Offender: Homeless, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 17, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: November 20, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: November 19, 2021 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/10/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. George is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office in Spokane, as directed on Monday, March 4, 2019. |
| | On November 20, 2018, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to answer truthfully all inquires by the undersigned officer and to also follow all instructions of the undersigned officer. |
| | Specifically, on February 26, 2019, Mr. Glenn George reported to the U.S. Probation Office in Spokane, as previously directed. As a part of the contact, the client was again directed to report on Monday (March 4, 2019) before 4 p.m. Mr. George has since failed to report as directed. Given Mr. George's previous state of homelessness, Mr. George's whereabouts are currently unknown to the undersigned officer. |

Prob12C
**Re: George, Glenn Dale**
**March 7, 2019**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Robert Whaley* (signature)

Signature of Judicial Officer

March 11, 2019

Date