PROB 12C
(6/16)

Report Date: December 12, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glenn Dale George                    Case Number: 0980 2:13CR02088-RHW-4

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 17, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 2, 2019) | Prison - 48 Days;<br>TSR - 34 Months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: July 3, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: May 2, 2022 |

## PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. George is alleged to have violated special condition number 4 by ingesting alcohol on or about December 6, 2019, and by entering and remaining in two separate establishments where alcohol was the primary item of sale, based on the client's admission of such conduct.<br><br>On July 10, 2019, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to refrain from any use of alcohol and from entering any establishment in which alcohol was the primary item of sale. |

Prob12C
Re: George, Glenn Dale
December 12, 2019
Page 2

Specifically, on December 9, 2019, the client reported to the U.S. Probation Office in Spokane as directed. The client appeared off of his baseline, but when confronted on the observation, he denied any use of alcohol or illicit substances. The client submitted to urinalysis and Breathalyzer testing, the results of which reflected presumptive positive for methamphetamine, amphetamine, marijuana and Oxycodone. The client denied any intentional or knowing use of any of the above identified illicit substances, but did admit to becoming intoxicated on December 6, 2019, to the degree that he was unable to recall what had occurred immediately following his decision to drink.

The client further elaborated that on December 6, 2019, he had chosen to enter and remain in two "bars" located in North Spokane, after he was drawn to them by loud music, and then remained inside in an attempt to dance with a female. The client advised he was unsure of how much he had drank, but admitted to drinking both beer and hard alcohol. The client advised he then could not remember what had occurred following his drinking until he left the establishments. Mr. George admitted when questioned that he was aware that both entering "bars" and drinking alcohol were violations of his current term of supervised release.

The urinalysis sample as referenced herein has been submitted to the lab for verification; however, confirmation has not yet been received by the U.S. Probation Office with respect to the sample submitted. As a result, this conduct is not being alleged as a violation of the client's ordered term of supervised release as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 12, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Robert A Whaley_
Signature of Judicial Officer

12/13/2019
Date