PROB 12C
(6/16)

Report Date: December 19, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Glenn Dale George | Case Number: 0980 2:13CR02088-RHW-4 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 51 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 2, 2019) | Prison - 48 Days; TSR - 34 Months | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | July 3, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | May 2, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. George is alleged to have violated mandatory condition number 3 by ingesting amphetamine, methamphetamine, marijuana, and Oxycodone on or about December 9, 2019, based on urinalysis testing.<br><br>On July 10, 2019, Mr. Glenn George signed his conditions relative to case number 2:13CR02088-RHW-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. George was made aware by his U.S. probation officer that he was required to refrain from any use of any illicit substances.<br><br>Specifically, on December 9, 2019, the client reported to the U.S. Probation Office in Spokane, as directed. The client was directed to submit a urinalysis sample for testing and |

Prob12C
Re: George, Glenn Dale
December 19, 2019
Page 2

despite appearing off of his baseline, he continued to deny any use of either alcohol or illicit substances as a part of the testing process. The client ultimately submitted a urinalysis sample that reflected as presumptive positive for amphetamine, methamphetamine, marijuana, and Oxycodone. Upon being confronted with the results, the client again denied that he intentionally or knowingly ingested any illicit substance, but did admit to ingesting alcohol and to entering two establishments in which alcohol was the primary item of sale on or about December 6, 2019. This conduct was previously reported to the Court on the petition dated December 12, 2019. The urinalysis sample as referenced herein was forwarded to the lab for confirmation.

On December 16, 2019, the lab report was received with respect to the urinalysis sample as referenced herein. According to laboratory confirmation, the sample as submitted by the client on December 9, 2019, was confirmed as being positive for amphetamine, methamphetamine, marijuana, and Oxycodone.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 19, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/23/2019
Date